# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNUM INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.                                                   Case No. 09-CV-10045

SHERYL GARY, et al.,

    Defendants.
                                                           /

**ORDER DISMISSING PLAINTIFF UNUM INSURANCE COMPANY OF AMERICA**

On January 7, 2009, Plaintiff UNUM Insurance Company of America initiated this interpleader action against Defendant Sheryl Gary, personal representative of the estate of Rose Ann Cobb, and Defendant Mark Cobb, personal representative of the estate of David I. Cobb.  Plaintiff sought to deposit the insurance funds at issue in this matter with the court and interplead Defendants.  On June 11, 2009, the court granted Plaintiff's motion to deposit funds and ordered Plaintiff to file notice once it had deposited the funds with the court.  On June 15, 2009, Plaintiff filed notice that it had deposited the insurance funds with the court.  Accordingly,

   IT IS ORDERED that Plaintiff UNUM Insurance Company of America is DISMISSED WITH PREJUDICE.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated:  June 24, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 24, 2009, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522