# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNUM INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.                                                           Case No. 09-CV-10045

SHERYL GARY, et al.,

    Defendants.
                                          /

## BRIEFING SCHEDULE

On June 30, 2009, the court conducted a telephone conference in the above-captioned matter. Because counsel for Sheryl Gary informed the court she intends to file a motion for summary judgment on the issue of res judicata, the court will implement the following briefing schedule:

1) On or before **July 8, 2009**, counsel for Sheryl Gary must seek concurrence in her motion for summary judgment pursuant to Eastern District of Michigan Local Rule 7.1(a).

2) On or before **July 10, 2009**, counsel for Mark Cobb must concur or refuse to concur in the motion for summary judgment pursuant to Eastern District of Michigan Local Rule 7.1(a).

3) If concurrence is denied, counsel for Sheryl Gary must file her motion for summary judgment on or before **July 15, 2009**.

4) If concurrence is denied, counsel for Mark Cobb must file a response to the motion for summary judgment on or before **July 29, 2009 at 12:00 p.m**.

5) No reply is required, and unless otherwise ordered, no hearing will be necessary. *See* E.D. Mich. LR 7.1(e)(2).

**IT IS SO ORDERED.**

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: July 6, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 6, 2009, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522