UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNUM INSURANCE COMPANY O AMERICA,

       Plaintiff,         Case No: 2:09-cv-10045
                              HON. ROBERT H. CLELAND
v.                              Magistrate Judge Paul J. Komives

SHERYL GARY, PERSONAL
REPRESENTATIVE OF THE ESTATE
OF ROSE ANN COBB and MARK COBB,
PERSONAL REPRESENTATIVE OF THE
ESTATE OF DAVID I. COBB

       Defendants.
_____/

ORDER FOR WITHDRAWAL OF FUNDS HELD IN INTEREST BEARING
ACCOUNT

The parties having filed their pleadings and the Court having entered an Opinion and Order Granting Defendant Sheryl Gary's Motion for Summary Judgment and the Court being fully advised in the premises;

NOW THEREFORE IT IS ORDERED as follows:

The initial deposit of $202,000 plus 100% of the accrued interest shall be paid to the Estate of Rose Ann Cobb, Decedent; that estate having an Employer Identification Number (EIN) of XX-XXXXXXX and mailed to:

                 Denise M. Hudson
                 Attorney for Personal Representative
                 615 Griswold, Suite 1626
                 Detroit, MI 48226


                   s/Robert H. Cleland
                   ROBERT H. CLELAND
                   UNITED STATES DISTRICT JUDGE

Dated: September 18, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 18, 2009, by electronic and/or ordinary mail.

  s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522